IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00060-KLM

ESTATE OF DENNIS CHOQUETTE, by and through his personal representative Teresa Young,

    Plaintiff,

v.

MAXIM HEALTHCARE SERVICES, INC.,

    Defendant.

_____

### ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#56][1] (the "Motion").[2]  The parties state that they have agreed to a settlement of all claims and that they seek an order dismissing with prejudice all claims against Defendant.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**.

    IT IS FURTHER **ORDERED** that all claims asserted against Defendant are **DISMISSED with prejudice** and that Defendant is **DISMISSED** from this lawsuit **with prejudice**.  Each party shall bear its own costs and attorneys' fees.

---

    [1] "[#56]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  This convention is used throughout this Order.

    [2] This case has been referred to the undersigned for all purposes pursuant to D.C.COLO.LCivR 72.2(d) and 28 U.S.C. § 636(c), on consent of the parties.  *See* [#33, #35].

IT IS FURTHER **ORDERED** that the joint Final Pretrial Conference, Jury Instructions Conference, and Trial Preparation Conference set for August 30, 2018, at 10:30 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that the ten-day Jury Trial set to begin on September 17, 2018, at 9:00 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that the Clerk of Court is directed to **close** this case.

DATED: November 9, 2017 at Denver, Colorado.

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge